# IN THE UNITED STATES DISTRICT COURT FOR
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** ) ) ) | |
| **Plaintiff,** ) ) | |
| VS. ) ) | **CIVIL ACTION NO. 02-0644-CG-C** |
| **ARD OIL COMPANY, INC, et al.,** ) ) | |
| **Defendants.** ) | |

### ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cv.P. 60(a), governing the correction of clerical mistakes contained in an order issued in a civil case, the court hereby **AMENDS** nunc pro tunc its order entered on December 3, 2004 (Doc. 24), to read as follows:

> The plaintiff's claims against the remaining defendants, Herbert G. Russell and Sharon A. Russell, in the above-styled action are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

**DONE** and **ORDERED** this 27th day of September, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE